JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA-WESTERN DIVISION

| | |
|---|---|
| HARES AJMAL AHMADZAI, | ) CV 14-3907-CAS (SH) |
| | ) |
| | ) JUDGMENT |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, et al., | ) |
| | ) |
| Respondents. | ) |

Pursuant to the Order of the court adopting the conclusions and recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and the action is dismissed with prejudice.

DATED: September 11, 2014

*Christina A. Snyder*
─────────────────────────
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

1